

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM/EHS
F. #2022R00963

*Select Street Address*
*Select City & State*

October 31, 2023

By ECF

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Nikolay Goltsev et al.
              Criminal Docket No. 23-MJ-956

Dear Judge Bloom:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                                Respectfully submitted,

                                BREON PEACE
                                United States Attorney

               By:        /s/
                                Artie McConnell
                                Ellen H. Sise
                                Assistant U.S. Attorney
                                (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)

JAM/EHS
F.# 2022R00963

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

NIKOLAY GOLTSEV et al.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

23-MJ-956

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order unsealing the above-captioned matter in its entirety.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          10/31/23_____, 2023

                                *Lois Bloom*
                                HONORABLE LOIS BLOOM
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK