# VIRGINIA G. ALVAREZ

―Attorney At Law ―
233 Broadway, Suite 2348
New York, NY 10279
Tel. (212) 964-5200
Fax (212) 226-3224

November 1, 2023

The Honorable Lois Bloom U.S.D.M.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

     Re: <u>United States v. Salimdzhon Nasriddinov</u> 23-M-956

Dear Magistrate Bloom:

     As the Court is aware I represent Salimdzhon Nasriddinov.  Shortly after our appearance for arraignment before your Honor I was afforded an opportunity to speak directly to my client with the interpreter and discuss once more the pros and cons of a preliminary hearing in this matter and the next steps.  The technical difficulties that we had yesterday with the devices made this second discussion imperative and as such I relay same at this point.  My client has respectfully requested that the Court be notified that he wishes to waive the preliminary hearing knowingly and willingly.

     It is respectfully requested that as it relates to my client the November 9 date be vacated and this matter be adjourned for all purposes as it relates to him for such date and time that the Court may see fit.

                              Respectfully submitted,

                              s/ Virginia G. Alvarez

                              Virginia G. Alvarez (VA 1808)

2

cc: AUSA Artie McConnell